ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
***Attorney for Defendant***
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association,

    Plaintiff,

vs.

LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company; HIDDEN CANYON HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,

    Defendant.

Case No. 2:15-cv-01436-JAD-PAL

**STIPULATION TO SUBSTITUTE PARTIES**

COMES NOW Defendant, LAS VEGAS DEVELOPMENT GROUP, LLC (*"LVDG"*), and Plaintiff, CAPITAL ONE, NATIONAL ASSOCIATION (*"Capital One"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. The instant action is primarily a Quiet Title/Declaratory Relief action related to real property commonly known as 3832 Dusty Glen Court, Las Vegas, Nevada 89032, Assessor Parcel Number 139-09-113-003 (*the "Property"*). The Property was the subject of a homeowners association lien foreclosure sale (*"HOA Foreclosure Sale"*) conducted pursuant to NRS Chapter 116.

2. Capital One filed this action for the purpose of contesting the force and effect of the HOA Foreclosure Sale upon a deed of trust recorded against the Property in the Office of the Clark County Recorder in Book 20070619 as Document 0000869 *("First Deed of Trust")*.

3. At the time that the instant action was filed on July 28, 2015, Capital One was holder of the First Deed of Trust and LVDG was the holder of record title to the Property.

4. Since that time, on or about March 7, 2017, LVDG conveyed the Property to Airmotive Investments, LLC, a similarly owned entity, pursuant to a Grant Deed recorded in the Office of the Clark County Recorder as Instrument No. 20170307-00184.   LVDG no longer claims any interest in the Property

5. In addition, on or about September 28, 2018, Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A acquired the loan secured by the Deed of Trust from Capital One. Capital One no longer claims any interest in the loan or Deed of Trust.

6. Airmotive Investments, LLC shall be substituted in the place and stead of LVDG as the real party in interest in this action.   LVDG shall be dismissed.   All claims and defenses raised by LVDG to date shall be deemed to equally apply to Airmotive Investments, LLC.

7. Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A shall be substituted in the place and stead of Plaintiff, Capital One, as the real party in interest in this action.  Capital One shall be dismissed.  All claims and defenses raised by Capital One to date shall be deemed to equally apply to Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A.

8. Airmotive Investments, LLC and Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A have agreed upon a settlement of this matter as to the claims between them, which they are presently documenting.

3832 Dusty Glen

Said parties expect to cause this action to be dismissed as soon as practicable.

9. This Stipulation is made in good faith and not for purpose of delay.

Dated this 25th day of January, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | BALLARD SPAHR LLP |
|---|---|
| /s/ Timothy E. Rhoda<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>*Attorney for Defendant*<br>**LAS VEGAS DEVELOPMENT GROUP, LLC** | /s/ Matthew David Lamb<br>MATTHEW DAVID LAMB, ESQ.<br>Nevada Bar No. 12991<br>1909 K Street, NW<br>12th Floor<br>Washington, DC 20006-1157<br>702-471-7000<br>lambm@ballardspahr.com<br>*Attorney for Plaintiff*<br>**CAPITAL ONE, NATIONAL ASSOCIATION** |

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the parties shall have until **February 25, 2019** to file a stipulation to dismiss or a joint status report indicating when the stipulation to dismiss will be filed.

Dated: January 29, 2019

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___25th___ day of January, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO SUBSTITUTE PARTIES** to the following parties:

Matthew David Lamb
Ballard Spahr LLP
1909 K Street, NW
12th Floor
Washington, DC 20006-1157
202-661-7617
202-661-2299 (fax)
lambm@ballardspahr.com
***Attorney for Plaintiff***
***Capital One, National Association***

Abran E. Vigil
Ballard Spahr
1980 Festival Plaza Drive
Suite 900
Las Vegas, NV 89135
702-471-7000
702-471-7070 (fax)
vigila@ballardspahr.com
***Attorney for Plaintiff***
***Capital One, National Association***

Joseph Sakai
Ballard Spahr
1980 Festival Plaza Drive
Suite 900
Las Vegas, NV 89135
702-471-7000
702-471-7070 (fax)
sakaij@ballardspahr.com
***Attorney for Plaintiff***
***Capital One, National Association***

Shane D. Cox
Absolute Collection Services, LLC
7485 W. Azure Dr., Suite 129
Las Vegas, NV 89130
702-531-3394
702-531-3396 (fax)
shane@absolute-collection.com
***Attorney for Third Party Defendant***
***Absolute Collection Services, LLC***

Elizabeth B Lowell
Robbins Law Firm
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134-0562
702-889-6665
702-889-6664 (fax)
elowell@robbinslawfirm.legal
***Attorney for Third Party Plaintiff***
***Hidden Canyon Owners Association***

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

3832 Dusty Glen