1

2

3                       UNITED STATES DISTRICT COURT

4                            DISTRICT OF NEVADA

5                                   * * *

6   CAPITAL ONE, NA, et al.,                  Case No. 2:15-cv-01436-JAD-PAL

7                              Plaintiffs,              ORDER

8              v.                             (Subst Atty – ECF No. 60)

9   LAS VEGAS DEVELOPMENT GROUP,
    LLC, et al,

10                             Defendants.

11         This matter is before the court on the Substitution of Attorneys (ECF No. 60).  Sean L.

12  Anderson of Leach Kern Gruchow Anderson Song seeks leave to be substituted in the place of

13  Elizabeth B. Lowell of Robbins Law Firm for defendant Hidden Canyon Owners Association.  LR

14  IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of

15  the court after notice has been served on the affected client and opposing counsel."  LR IA 11-6(c)

16  provides that the signature of an attorney to substitute in a case "constitutes an express acceptance

17  of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any

18  court order."  LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be

19  reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

20         Having reviewed and considered the matter,

21         **IT IS ORDERED** that:

22         1.  The Substitution of Attorney (ECF No. 60) is **GRANTED**.

23         2.  Sean L. Anderson is substituted in the place of Elizabeth B. Lowell for defendant

24             Hidden Canyon Owners Association, subject to the provisions of LR IA 11-6(b), (c)

25             and (d).

26         DATED this 25th day of February 2019.

27                                             _____
                                             PEGGY A. LEEN
28                                           UNITED STATES MAGISTRATE JUDGE

                                              1