Abran E. Vigil
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com

Matthew D. Lamb
Nevada Bar No. 12991
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, D.C. 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
lambm@ballardspahr.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A,<br><br>Plaintiff,<br><br>vs.<br><br>AIRMOTIVE INVESTMENTS, LLC and HIDDEN CANYON HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No. 2:15-cv-01436-JAD-PAL<br><br>**STIPULATION TO DISMISS**<br><br>ECF No. 63 |
| HIDDEN CANYON OWNERS ASSOCIATION,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Third-Party Defendant. | |

DMWEST #15353945 v2

Plaintiff Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A ("Wilmington"); defendant Airmotive Investments, LLC ("Airmotive"); defendant/third-party plaintiff Hidden Canyon Owners Association ("Hidden Canyon"); and third-party defendant Absolute Collection Services, LLC ("ACS") (collectively, the "Parties") stipulate as follows:

1. On February 4, 2019, Wilmington and Airmotive finalized a settlement agreement with respect to Wilmington's claims against Airmotive.

2. Wilmington has now received the settlement payment provided for in the agreement.

3. Therefore, Wilmington's claims against Airmotive can now be dismissed.

4. Further, because Hidden Canyon's third party claims against ACS are derivative of Wilmington's claims against Airmotive, the third party claims can also be dismissed.

5. Accordingly, the Parties hereby stipulate to dismiss all remaining claims with prejudice pursuant to Fed. R. Civ. P. 41(a).

6. The Parties agree that each Party will bear its own fees and costs.

[*Signature Page Follows*]

| | |
|---|---|
| BALLARD SPAHR LLP | ROGER P. CROTEAU & ASSOCIATES, LTD. |
| By: /s/ Matthew D. Lamb<br>　　Matthew D. Lamb<br>　　Nevada Bar No. 12991<br>　　1909 K Street NW, 12th Floor<br>　　Washington, D.C. 20006<br><br>*Attorneys for Plaintiff* | By: /s/ Timothy E. Rhoda<br>　　Timothy E. Rhoda<br>　　Nevada Bar No. 7878<br>　　9120 West Post Road, Suite 100<br>　　Las Vegas, Nevada 89148<br><br>*Attorneys for Defendant Airmotive Investments, LLC* |
| LEACH KERN GRUCHOW ANDERSON SONG | ABSOLUTE COLLECTION SERVICES, LLC |
| By: /s/ Ryan D. Hastings<br>　　Sean L. Anderson<br>　　Nevada Bar No. 7259<br>　　Ryan D. Hastings<br>　　Nevada Bar No. 12394<br>　　2525 Box Canyon Drive<br>　　Las Vegas, Nevada 89128<br><br>*Attorneys for Defendant/Third Party Plaintiff Hidden Canyon Owners Association* | By: /s/ Shane D. Cox<br>　　Shane D. Cox<br>　　Nevada Bar No. 13852<br>　　8440 W. Lake Mead Blvd., Ste. 210<br>　　Las Vegas, Nevada 89128<br><br>*Attorneys for Third Party Defendant Absolute Collection Services, LLC* |

## ORDER

Based on the parties' stipulation **[ECF No. 63]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 12, 2019